Mary Matilda Elizabeth Deane and Others v. Simon Sarnoff and Others.

Sarnoff-Irving Hat Stores, Inc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.